# UNITED STATES OF AMERICA

### vs.

## DENNIS SMITH

**Criminal No. DKC 2012-0149**                **GOVERNMENT'S SENTENCING Exhibits**

| Exhibit No. | Identification | Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | Feb 1 2013 | Feb 1 2013 | | **Photograph of Tattoo / Brand on Minor Victim** |
| 2 | Feb 1 2013 | Feb 1 2013 | | **Photograph of Tattoo / Brand on Minor Victim** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit List (Rev. 3/1999)